# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JIM JONES, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:04CV645** |
| vs. ) | |
| ) | **ORDER** |
| **JOHN GALE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

IT IS ORDERED that the Clerk shall strike Filing No. 76, as it was filed in the wrong case.

**DATED August 9, 2005.**

        **BY THE COURT:**

        s/ **F.A. Gossett**
        **United States Magistrate Judge**