# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JIM JONES, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**JOHN GALE, et al.,** )<br>)<br>**Defendants.** )<br>) | **8:04CV645**<br><br>**ORDER** |

Considering the Notice of Withdrawal/Motion to Withdraw (#108) filed by attorney Jeffrey A. Gaertig, the record shows that the plaintiffs continue to be represented by counsel.

**IT IS ORDERED** that the motion (#108) is granted, and Jeffrey A. Gaertig may withdraw as counsel for the defendants.

**DATED December 19, 2005.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**