IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM JONES, TERRENCE M. SCHUMACHER, SHAD DAHLGREN, HAROLD G. RICKERTSEN, TODD EHLER, and ROBERT E. BECK III, | ) ) ) ) ) | CASE NO. 8:04CV645 |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | ORDER |
| JOHN GALE, in his official capacity as Secretary of State of Nebraska, and JON BRUNING, in his official capacity as Attorney General of Nebraska, | ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Defendants' Motion to Stay all proceedings in this case, including the issuance of a permanent injunction, pending the United States Supreme Court's consideration of the Defendants' Petition for Writ of Certiorari. The Plaintiffs have filed a brief in opposition to the motion, arguing that the Defendants have asserted no basis for a stay, have shown no exceptional circumstances justifying a stay, and have made no showing that the United States Supreme Court is likely to grant certiorari. In addition, the Plaintiffs argue that this Court may not have jurisdiction to enter a stay, because the United States Court of Appeals for the Eighth Circuit has already denied the Motion for Stay of Mandate. (Filing No. 126, Ex. A). I am persuaded by all of the Plaintiffs' arguments. Accordingly,

IT IS ORDERED:

The Defendants' Motion to Stay (Filing No. 125) is denied.

DATED this 19th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge