IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM JONES, TERRENCE M. SCHUMACHER, SHAD DAHLGREN, HAROLD G. RICKERTSEN, TODD EHLER, and ROBERT E. BECK III, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>JOHN GALE, in his official capacity as Secretary of State of Nebraska, and JON BRUNING, in his official capacity as Attorney General of Nebraska, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>CASE NO. 8:04CV645 <br><br>ORDER |

　　This matter is before the Court to establish a schedule for the filing of the Plaintiffs' application for attorneys' fees and costs and the Defendants' response. I find no reason to delay the filing of the application, although I acknowledge the potential benefits of conducting a settlement conference before the Defendants are required to respond to the application. Accordingly,

　　IT IS ORDERED:

　　1.　The Plaintiffs will file their application for an award of attorneys' fees and expenses consistent with the requirements of the Fed. R. Civ. P. 54(d)(2) and NECivR 54.3 and 54.4, available on the court's website at www.ned.uscourts.gov, except that the application and all supporting documents will be filed on or before February 14, 2007;

　　2.　A separate bill of costs will be filed in accordance with Fed. R. Civ. P. 54(d)(1) and NECivR 54.1;

3. Counsel for each of the parties will attend a settlement conference to be conducted at 3:00 p.m. on Friday, February 23, 2007, before the undersigned. Counsel will have full settlement authority or will bring to the conference the client representative who has such authority. The conference is expected to last no more than one hour. Counsel are advised to report to my chambers for the conference;

4. If all issues related to the application for attorneys' fees are not resolved at the settlement conference, then the Defendants will file their response to the Plaintiffs' Application on or before March 1, 2007;

5. No reply brief will be permitted in this matter without leave of the Court; and

6. The matter will be ripe for decision on March 2, 2007.

DATED this 31st day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge