IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM JONES, TERRENCE M. SCHUMACHER, SHAD DAHLGREN, HAROLD G. RICKERTSEN, TODD EHLER, and ROBERT E. BECK III, | ) ) ) ) ) | CASE NO. 8:04CV645 |
| Plaintiffs, | ) ) ) | ORDER |
| V. | ) ) | |
| JOHN GALE, in his official capacity as Secretary of State of Nebraska, and JON BRUNING, in his official capacity as Attorney General of Nebraska, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Upon consideration of the Stipulation filed by the parties to the above-captioned action,

IT IS ORDERED:

1. The Stipulation (Filing No. 138) is approved;

2. The Defendants shall pay to the Plaintiffs as the prevailing parties:

   a. An award of attorney fees in the amount of $298,812.51; and

   b. Costs in the amount of $3,391.65.

3. The Court agrees to retain jurisdiction over this matter for a period of six months for the sole purpose of reconsidering the award of attorney fees and costs, upon application by the Defendants, and only in the event certiorari is granted in this case by the United States Supreme Court.

DATED this 28th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge